**HARRIS BEACH** PLLC
ATTORNEYS AT LAW

99 GARNSEY ROAD
PITTSFORD, NY 14534
(585) 419-8800

**H. TODD BULLARD**
PARTNER
DIRECT:    (585) 419-8696
FAX:       (585) 419-8816
TBULLARD@HARRISBEACH.COM

July 4, 2024

**Via Email**
David M. Giglio, Esq.
David M. Giglio & Associates, LLC
13 Hopper Street
Utica, New York 13501
davidgiglio@yahoo.com

       Re:    **In Re: New York Tax Foreclosure Surplus Litigation**
             **MDL Docket No.: 3117**

Dear David:

As attorneys for multiple Defendant Counties in the entitled non-class actions set forth in Addendum A annexed hereto, on behalf of those Defendant Counties, we recommend that based on the experience in *Steele et al v. Saratoga County et al*, Case No. 1:23-cv-1615 (N.D.N.Y.), where my firm represents six named Defendants, that the discovery for our actions be orderly, efficient and conducted in the context of the pending motion to transfer and consolidate before the United States Judicial Panel On Multidistrict Litigation MDL. As you know, the motion argument for the MDL proceeding is July 25, 2024. In light of the MDL motion, we propose that all discovery in the pending matters listed on Addendum A, where your firm represents the Plaintiffs, be stayed until after resolution of the MDL motion referenced above.

Please indicate your consent and concurrence to the proposal by signing below.

Very truly yours,

*H. Todd Bullard*

H. Todd Bullard

Plaintiffs' Counsel Consent and Agreement to proposal by Harris Beach PLLC

By:_____

David M. Giglio

HTB:kam
Encs.

The Court has received this notification, which is labeled as a consent letter motion to stay discovery. This case is currently not in discovery, there is a pending motion to dismiss, and the Court has not yet received notification about a pending MDL that would affect this case. The Court needs more information about the above request before ruling on this letter motion. A joint letter setting out in greater detail the parties' joint request is due by Monday, July 22, 2024.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: July 16, 2024
New York, NY