UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GLORIA CAVALUZZI *et al*,

                              Plaintiffs,

              -v-

COUNTY OF SULLIVAN,

                              Defendant.

23 Civ. 11067 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

        The Court has considered the parties' letter motions, *see* Dkts. 56, 58, proposing that the Court consolidate this case with *Mkrtchyan, et al. v. Orange County, New York, et al.*, 7:23-cv-10770, and *Bose et al. v. County of Dutchess*, 7:24-cv-1333, both pending before Judge Karas. The Court denies the motion to consolidate this case with any other. This case alone concerns alleged takings in Sullivan County, whereas the other cases concern alleged takings in Orange and Dutchess County, respectively. As a result, the defendants in those two cases are different tax authorities from the defendant here. That factor alone decisively disfavors consolidation. Counsels' failure to give notice to this Court of a bid to consolidate until after the resolution of the motion to dismiss, and the existence of claims in the other two matters that are extraneous to those here, reinforce the decision to deny consolidation. This decision is without prejudice to any application to Judge Karas with respect to consolidation of the matters before him.

        All deadlines in this case remain in place. By January 21, 2025, the parties are to submit a proposed case management plan, consistent with the Court's individual rules, that provides for the close of fact discovery by the end of May 2025.

1

SO ORDERED.

                                                          *Paul A. Engelmayer*

                                                          PAUL A. ENGELMAYER  
                                                          United States District Judge

Dated: January 7, 2025  
       New York, New York