UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GLORIA CAVALUZZI *et al.*,

                            Plaintiffs,

                -v-

COUNTY OF SULLIVAN,

                            Defendant.

23 Civ. 11067 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record at today's initial pretrial conference, the Court sets the following schedule:

- Any motion to dismiss for lack of subject-matter jurisdiction, to the extent not already denied in the Court's December 2024 decision, Dkt. 53, is due **January 30, 2025**.

- Any motion by defendant County of Sullivan (the "County") to join the State of New York (the "State") as a party is due **January 30, 2025**. To the extent the County argues that the State is an indispensable party, the Court directs it to address why all claims against the State were voluntarily dismissed in *Mkrtchyan et al. v. Orange County*, 7:23-cv-10770, Dkt. 65.

- Any response shall be filed by **February 6, 2025**.

SO ORDERED.

                                                       *Paul A. Engelmayer*
                                                       PAUL A. ENGELMAYER
                                                       United States District Judge

Dated: January 23, 2025
        New York, New York