UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GLORIA CAVALUZZI *et al.*,

                                   Plaintiffs,

-v-

COUNTY OF SULLIVAN,

                                   Defendant.

23 Civ. 11067 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record at today's pre-motion conference, the Court hereby sets the following schedule and deadlines:

- The parties' joint stipulated facts ("JSF") are due June 24, 2025.[1]

- Any motions for summary judgment are due July 10, 2025.

- Any oppositions to summary judgment are due July 28, 2025.

- Any replies in support of summary judgment are due August 4, 2025.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: May 27, 2025
       New York, New York

---

[1] The Court's law clerk has sent counsel model JSFs via email. The Court reminds the parties that to the extent, if any, that they are unable to stipulate to facts that either views as material, they are to address any disputed facts using the mechanism outlined in Local Rule 56.1.