UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GLORIA CAVALUZZI *et al.*,

Plaintiffs,

-v-

COUNTY OF SULLIVAN,

Defendant.

23 Civ. 11067 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court is considering the pending motions for summary judgment. Dkts. 108, 112. The Court would benefit from supplemental letter-briefing from counsel on two discrete issues bearing on plaintiffs' unjust enrichment claims:

- (1) Whether a plaintiff whose takings claim under 42 U.S.C. § 1983 based on the County's retention of the excess proceeds of a foreclosure sale is time barred may pursue a claim of unjust enrichment based on the same conduct, insofar as the limitations period for unjust enrichment (6 years) is longer than for the § 1983 takings claim (3 years).

- (2) Whether, assuming that the answer to question (1) is yes, there are disputes of material fact that would preclude entry of summary judgment, for either party, on such a plaintiff's unjust enrichment claims, and if so, what are the disputed material facts.

The parties are to file their responses, limited to five single-spaced pages, on the docket of the case by Wednesday, February 25, 2026.

1

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: February 18, 2026
       New York, New York