UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GLORIA CAVALUZZI *et al.*,

Plaintiffs,

-v-

COUNTY OF SULLIVAN,

Defendant.

23 Civ. 11067 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

In a decision today, the Court has resolved the motions for summary judgment and has granted summary judgment to 15 plaintiffs on their § 1983 claims based on the Constitution's Takings Clause. The Court left open the determination of damages, to give defendant County of Sullivan (the "County") an opportunity to attempt to explain—and, if possible, rationally justify—its proposed method of calculating the surplus due to these plaintiffs. Whereas plaintiffs contend that their respective damages are measured by the "Gain" reported on the "Gains Report," Dkt. 112-3 at 19–20, as appears methodologically correct, the County contends that a further deduction must be made from this figure, to reflect "liens, judgments, and other encumbrances" on each plaintiff's property. Dkt. 114 at 14. The County's approach appears incorrect, in that, based both on the operation of New York law and the testimony of the County's treasurer in this case, these items were taken into account earlier in the process of compensating the County and tabulating any resultant surplus.

The Court nonetheless will give the County an opportunity to make a submission explaining, step by step, and with specific references to the record, why it is that the "liens, judgments, and other encumbrances" that it envisions deducting from the Gain reported on the

1

Gains Report have not previously been taken into account.  If the County maintains this position, it is to explain, concretely, the means by which the Gain reported on the Gains Report was tabulated.

The Court sets the following schedule.

- The County's letter-memorandum on this point, limited to 5 single-spaced pages, is due March 13, 2026.

- Plaintiffs' response, similarly limited in length, is due March 20, 2026.

The Court does not authorize a reply.  The discussion in these memoranda is to be limited to the issue presented above.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: March 6, 2026
         New York, New York

2