UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GLORIA CAVALUZZI *et al.*,

                Plaintiffs,

       -v-

COUNTY OF SULLIVAN,

                Defendant.

23 Civ. 11067 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On March 6, 2026, the Court issued an Opinion and Order in the above-captioned case. Dkt. 132.

On March 23, 2026, plaintiffs filed a motion for reconsideration, Dkt. 138. Defendant is hereby ordered to file an opposition by April 10, 2026. Plaintiffs shall file their reply, if any, by April 17, 2026.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: March 27, 2026
       New York, New York

1