**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------X

GLORIA CAVALUZZI et al.,

Plaintiffs, 23 **CIVIL** 11067 (PAE)

-against- **JUDGMENT**

COUNTY OF SULLIVAN,

Defendant.

-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 18, 2026, the Court finds that, as to damages, the plaintiffs are entitled to damages Lyndon Alleyne in the amount of $32,722.08, Caterina and Pasquale Coviello in the amount of $14,297.40, Roseanne Crumbley and Kenny Emeigh in the amount of $65,789.77, Lisa DeMarinis in the amount of $51,153.00, Harvey Edelgass in the amount of $247,543.75, Lawrence and Steven Eisenberg in the amount of $96,016.84, Louise and Richard Gorr in the amount of $84,623.79, Tatiana Kozak in the amount of $56,428.92, Thomas Prendergast in the amount of $14,930.58, Joseph Szymczak as principal of Madlill Properties Corporation in the amount of $21,391.56, and Amber Tsoucalas as executrix of the Estate of Everett Tsoucalas in the amount of $32,500. Plaintiffs are also entitled to post-judgment interest on this judgment amount at the federal statutory rate pursuant to 28 U.S.C. § 1981; accordingly, the case is closed.

**Dated:** New York, New York

September 23, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** [signature]

**Deputy Clerk**